743 A.2d 431

**Taylor Wharton HARSCO, Appellee,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (REIMER).**

**Appeal of Kurt Reimer.**

Supreme Court of Pennsylvania.

Submitted Nov. 12, 1999.

Decided Jan. 11, 2000.

Mary Kay Rauenzahn, Prince Law Offices, P.C., Harrisburg, for Kurt Reimer.

James F. Devine, Barley Snyder Senft & Cohen, Lancaster, for Taylor Wharton Harsco.

Amber M. Kenger, Mechancisburg, for W.C.A.B.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM:

**AND NOW,** this 11th day of January, 2000, we **GRANT** the Joint Motion to Remand of Appellee and Appellant. Furthermore, we **VACATE** the decision of the Commonwealth Court and we **REMAND** this matter to the Workers' Compensation Judge for a complete hearing.

We relinquish jurisdiction.